# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

142943

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WHIPPERWILL & SWEETWATER, LLC,
        Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE CO.,
        Defendant,

and

IOTT INSURANCE AGENCY, INC. and
WILLIAM PALMER,
        Defendants-Appellees.
_____/

SC: 142943
COA: 295467
Monroe CC: 08-025932-CK

      On order of the Court, the application for leave to appeal the March 10, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

h0829